**FILED**

02/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0609

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0609

_____

WELLS FARGO BANK, N.A.,

      Plaintiff and Appellant,

  v.

ZINVEST, LLC,

      Defendant and Appellee.

                                        O R D E R

_____

Plaintiff and Appellant Wells Fargo Bank, N.A. (Wells Fargo), filed its Notice of Appeal and Request for Production of Transcripts in this matter on December 2, 2021. Wells Fargo has now requested an unopposed extension of time to file its opening brief. It advises us that the record is incomplete as the District Court must yet rule on a motion for attorney fees filed by Defendant and Appellee Zinvest, LLC. Wells Fargo requests additional time to file its opening brief until 30 days after the transcripts and remainder of the record are transmitted to the Court.

Under M. R. App. P. 13(1), an appellant shall file the opening brief within 30 days after the date on which the record is filed. Under M. R. App. P. 9, the record is deemed transmitted once the District Court record and any necessary transcripts are filed with the Clerk of this Court. As the record is not yet complete in this case, a request for extension of time in which to file the opening brief is premature and unnecessary at this juncture.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief in accordance with M. R. App. P. 13(1).

IT IS FURTHER ORDERED that Appellant shall file a status report with this Court if the record on appeal is not complete by May 4, 2022.

The Clerk is directed to provide immediate notice of this Order to all counsel of record in Missoula County Cause No. DV-20-796 and to the Fourth Judicial District Court, the Hon. John W. Larson, presiding.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 16 2022